THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA GALVAN,

      Plaintiff,

v.                                                                                    CV 14-619 KG/WPL

THE BOARD OF COUNTY COMMISSIONERS
FOR CURRY COUNTY, NEW MEXICO, a political sub-division of
The State of New Mexico, TORI SANDOVAL, in her
Official capacity as Administrator of the
Curry County Detention Center, and individually,
And LANCE PYLE, in his Official capacity as Curry
County Board of County Commissioners Administrator
and individually,

      Defendants.

## PARTIAL DISMISSAL

Having granted by Memorandum Opinion and Order Defendants' Partial Motion to

Dismiss (Doc. 73),

IT IS ORDERED that

1. Galvan's 42 U.S.C. § 1983 official capacity claims against Sandoval and Pyle are

   dismissed with prejudice;

2. Galvan's Section 1983 Eighth Amendment claims are dismissed with prejudice; and

3. Sandoval and Pyle are entitled to qualified immunity with respect to Galvan's Equal

   Protection claims, and these claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE