THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA GALVAN,

        Plaintiff,

v.                                                                          CV 14-619 KG/WPL

THE BOARD OF COUNTY COMMISSIONERS
FOR CURRY COUNTY, NEW MEXICO, a political sub-division of
The State of New Mexico, TORI SANDOVAL, in her
individual capacity as Administrator of the
Curry County Detention Center,
And LANCE PYLE, in his individual capacity as Curry
County Board of County Commissioners Administrator,

        Defendants.

## FINAL JUDGMENT AND DISMISSAL

Having granted by Memorandum Opinion and Order Defendants' Motion for Summary Judgment No. II: Failure to Exhaust Under the Prison Litigation Reform Act (Doc. 75),

IT IS ORDERED that

1. Galvan's 42 U.S.C. § 1983 Fourteenth Amendment Due Process claims are dismissed without prejudice;

2. Galvan's New Mexico Tort Claims Act claims are dismissed without prejudice; and

3. this Final Order of Dismissal terminates this lawsuit.

                                                                    UNITED STATES DISTRICT JUDGE